**PRISONER CASE**

**FILED**
MAY 1 2 2008 NF
MAY 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** BRIAN PERRON | **Defendant(s):** CO. OF DUPAGE, etc., et al. |
| **County of Residence:** DUPAGE | **County of Residence:** |
| **Plaintiff's Address:** Brian Perron #167203 Dupage - DCJ P.O. Box 957 Wheaton, IL 60187 | **Defendant's Attorney:** |

08CV 2757
JUDGE DOW
MAGISTRATE JUDGE KEYS

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** M. Burke   **Date:** 5/13/2008

08 C 1735
Dow/Keys