F I L E D
MAY 12 2008
MAY 1 2 2008  mß
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Brian Perron
_____
Plaintiff

v.

Co. of Dupage
Sheriff Zaruba
Chief Lavery
_____
Defendant(s)

08CV 2757
JUDGE DOW
MAGISTRATE JUDGE KEYS

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Brian Perron, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒Yes     ☐No    (If "No," go to Question 2)
   I.D. # 167203                Name of prison or jail: Dupage Co. Jail
   Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount:_____

2. Are you currently employed?     ☐Yes     ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: 12/03
      Monthly salary or wages: $7/hr
      Name and address of last employer: Infinity Resources, Itasca, IL

   b. Are you married?     ☐Yes     ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                          ☐Yes     ☒No
      Amount_____                     Received by_____

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes ☒No
Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount_____ Received by_____

f. ☐Any other sources (state source:_____) ☐Yes ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?   ☐Yes   ☒No   Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?   ☐Yes   ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐Yes   ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 5/4/08

Signature of Applicant: *Brian Perron*

(Print Name): BRian Perron

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Perron, Brian, I.D.# 167203, has the sum of $ .01 on account to his/her credit at (name of institution) DuPage County Jail.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ 11.67.
(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

4-24-08
DATE

SIGNATURE OF AUTHORIZED OFFICER

Colleen T. Zbilski
(Print name)

rev. 10/10/2007

# DUPAGE COUNTY SHERIFF
## Trust Accounting: Inmate Account Statement

0DCCROTRT0EPI517

April 24, 2008

**Begin Date:** 10/07/2007
**End Date:** 04/24/2008

| Offender: | PERRON, BRIAN JAY | | |
|---|---|---|---|
| ID: | 00167203 | FBI ID: | 417802DC0 |
| SID: | IL37296480 | SSN: | 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 |
| Housing: | DPCJ, B BLDG, DL-1, C-POD, 1-C-05 | | |

## 110 CASH

| TransDate | Transaction | Amount | Balance | Check No | Payee | Comments |
|---|---|---|---|---|---|---|
| 10/07/2007 | STARTING BALANCE | | (0.12) | | | |
| 10/09/2007 | COMMISSARY | (0.01) | (0.13) | | | |
| 10/15/2007 | COMMISSARY | (0.01) | (0.14) | | | |
| 10/22/2007 | COMMISSARY | (0.01) | (0.15) | | | |
| 10/29/2007 | COMMISSARY | (0.01) | (0.16) | | | |
| 11/05/2007 | COMM/UNDERWEAR X3 | (8.40) | (8.56) | | | n/c underwear-indigent |
| 11/05/2007 | REC UNDERWEAR-REV CHG-INDIGENT | 8.40 | (0.16) | | | |
| 11/14/2007 | COMMISSARY | (0.01) | (0.17) | | | |
| 11/19/2007 | COMMISSARY | (0.01) | (0.18) | | | |
| 11/26/2007 | COMMISSARY | (0.01) | (0.19) | | | |
| 12/03/2007 | COMMISSARY | (0.01) | (0.20) | | | |
| 12/10/2007 | COMMISSARY | (0.01) | (0.21) | | | |
| 12/12/2007 | REV NEG BAL | 0.21 | 0.00 | | | |
| 12/17/2007 | COMMISSARY | (0.01) | (0.01) | | | |
| 12/17/2007 | COMMISSARY | 0.01 | 0.00 | | | |
| 12/26/2007 | COMMISSARY | (0.01) | (0.01) | | | |
| 01/02/2008 | COMMISSARY | (0.01) | (0.02) | | | |
| 01/07/2008 | COMMISSARY | (0.01) | (0.03) | | | |
| 01/14/2008 | COMMISSARY | (0.01) | (0.04) | | | |
| 01/22/2008 | COMMISSARY | (0.01) | (0.05) | | | |
| 01/28/2008 | COMMISSARY | (0.01) | (0.06) | | | |
| 02/04/2008 | COMMISSARY | (0.01) | (0.07) | | | |
| 02/06/2008 | WUMO | 30.00 | 29.93 | | | |
| 02/07/2008 | PSTG/DETENTION STANDARDS | (1.31) | 28.62 | | | |
| 02/11/2008 | COMMISSARY | (28.60) | 0.02 | | | |
| 02/13/2008 | HAIRCUT | (10.00) | (9.98) | | | |
| 02/19/2008 | COMMISSARY | (0.01) | (9.99) | | | |
| 02/25/2008 | COMMISSARY | (0.01) | (10.00) | | | |
| 03/03/2008 | COMMISSARY | (0.01) | (10.01) | | | |
| 03/10/2008 | COMMISSARY | (0.01) | (10.02) | | | |
| 03/10/2008 | COMMISSARY | 0.01 | (10.01) | | | |
| 03/03/2008 | COMMISSARY | 0.01 | (10.00) | | | |
| 03/13/2008 | WUMO | 40.00 | 30.00 | | | |
| 03/17/2008 | COMMISSARY | (29.95) | 0.05 | | | |
| 03/24/2008 | COMMISSARY | (0.01) | 0.04 | | | |
| 03/24/2008 | COMMISSARY | 0.01 | 0.05 | | | |
| 03/31/2008 | COMMISSARY | (0.01) | 0.04 | | | |
| 04/07/2008 | COMMISSARY | (0.01) | 0.03 | | | |
| 04/14/2008 | COMMISSARY | (0.01) | 0.02 | | | |
| 04/21/2008 | COMMISSARY | (0.01) | 0.01 | | | |

| | | | | | |
|---|---|---|---|---|---|
| Ending Balance | | 0.01 | | | |

### 299  MISCELLANEOUS

| TransDate | Transaction | Amount | Balance | Check No | Payee | Comments |
|---|---|---|---|---|---|---|
| 10/07/2007 | STARTING BALANCE | | 10.00 | | | |