UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 12 2008
MAY 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Brian Perron )
)
v. )
)
Defendant(s) Co. of Dupage.(Personal Cap) ) 08CV 2757
Sheriff Zaruba.(Personal Cap)) JUDGE DOW
Chief Lavery (Personal Cap.) ) MAGISTRATE JUDGE KEYS
)

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Brian Perron, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I wrote several letters to attorney's but never received any responses back and I am unable to call via phone due to inmate's phone system.

3. In further support of my motion, I declare that (check appropriate box):

   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Brian Perron_
Movant's Signature

501 N County Farm Rd.
Street Address

Wheaton, Il 60187
City/State/Zip

Date: 5/4/08