**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Brian Perron (#167203) | 08-C-2757    08cv2757 |
| DEFENDANT | TYPE OF PROCESS |
| County of Dupage, etal. | Summons and Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Chief Lavery - DuPage County Sheriff's Office

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Dupage County Sheriff Office c/o Civil Division 501 North

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Brian Perron - #167203
Dupage County Jail - (DCJ)
P.O. Box 957
Wheaton, IL   60187

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

County Farm Road, Wheaton, IL 60187

Plaintiff stated in the complaint on page 2, this defendant is retired.

Administration Phone # (630) 682-7269
Civil Division Phone # (630) 682-7250

FILED
Jul 14, 2008
JUL 14 2008 YM
MICHAEL W. DOBBINS

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 of 3 | No. 24 | No. 24 | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above) UNDISCLOSED LOCATION

| | | | | | | |
|---|---|---|---|---|---|---|
| Date of Service | Time | | | | | |
| 7/1/08 | 6:00 PM | | | | | |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 96.00 | 38.00 | 0 | 134.80 | 0 | 134.80 | 0 |

REMARKS:  1 DUSM
2 HOURS
60 MILES RT

---

PRIOR EDITIONS MAY BE USED                **1. CLERK OF THE COURT**                FORM USM-285 (Rev. 12/15/80)