IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN PERRON, | ) |
| | ) |
| Plaintiff, | ) Case No. **08 CV 2757** |
| v. | ) |
| | ) Judge Robert M. Dow, Jr. |
| COUNTY of DUPAGE (Personal Cap.), | ) |
| SHERIFF ZARUBA (Personal Cap.), | ) Magistrate Judge Keys |
| CHIEF LAVERY (Personal Cap.) | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF MOTION**

**TO:**   Brian Perron, #167203, DuPage – DCJ, P.O. Box 957, Wheaton, IL 60187

**YOU ARE HEREBY** notified that on the 24th day of July, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert M. Dow, Jr., in Courtroom No. 1919, or any other judge as may be holding court in his absence, in the courtroom usually occupied by him in the U.S. District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS, at which time and place you may appear as you see fit to do.

| | |
|---|---|
| JOSEPH E. BIRKETT | By:  s/   Paul F. Bruckner |
| By: Paul F. Bruckner | PAUL F. BRUCKNER |
| Attorney No. 6206660 | Assistant State's Attorney |
| 503 N. County Farm Road | |
| Wheaton, Illinois  60187 | |
| (630)407-8200 | |

**PROOF OF SERVICE**

I served this notice on the 21st day of July, 2008, by mailing a copy to each person to whom it is directed and depositing the same in the U.S. Mail at Wheaton, Illinois, with the proper postage prepaid.

> s/ Paul F. Bruckner
> PAUL F. BRUCKNER
> Assistant State's Attorney

W:\perron (08 cv 2757) 7-21-08.nom