

CASE # 08 CV 2757
CASE # 08 C 1735

TO whom it concerns:

Please change my address on
the 2 above referenced cases to
200 E. IRVing PK. #5
Wooddale, IL 60191

## FILED

JUL 1 7 2008
JUL 17 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Thank you,
Brian Perren
BRiar Perren
7/14/08