UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Brian Perron
                Plaintiff,

v.                              Case No.: 1:08−cv−02757
                                     Honorable Robert M. Dow Jr.

Co. of Dupage, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2008:

    MINUTE entry before the Honorable Robert M. Dow, Jr: A status hearing is scheduled for August 27, 2008, at 9:30 a.m. The Court has been informed that Plaintiff is no longer incarcerated. Plaintiff is accordingly ordered to appear at the status hearing scheduled for August 27, 2008, at 9:30 a.m. At that time, the Court will establish a schedule for Plaintiff to pay the filing fee. If Plaintiff does not appear, this case will be dismissed for lack of prosecution.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.