U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 08 CV 2757
Brian Perron, Plaintiff, v. County of DuPage (Personal Cap.),
Sheriff Zaruba (Personal Cap.), Chief Lavery (Personal Cap.),
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

County of DuPage; John E. Zaruba, Sheriff of DuPage County (named herein as "Sheriff Zaruba")

| NAME (Type or print) |
|---|
| THOMAS F. DOWNING |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ THOMAS F. DOWNING |

| FIRM |
|---|
| DUPAGE COUNTY STATE'S ATTORNEY'S OFFICE |

| STREET ADDRESS |
|---|
| 503 N. COUNTY FARM ROAD |

| CITY/STATE/ZIP |
|---|
| WHEATON, IL 60187 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06188673 | (630) 407-8200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐