U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 08 CV 2757

Brian Perron, Plaintiff, v. County of DuPage (Personal Cap.),
Sheriff Zaruba (Personal Cap.), Chief Lavery (Personal Cap.),
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

County of DuPage; John E. Zaruba, Sheriff of DuPage County (named herein as "Sheriff Zaruba")

| | |
|---|---|
| NAME (Type or print) PAUL F. BRUCKNER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ PAUL F. BRUCKNER | |
| FIRM DUPAGE COUNTY STATE'S ATTORNEY'S OFFICE | |
| STREET ADDRESS 503 N. COUNTY FARM ROAD | |
| CITY/STATE/ZIP WHEATON, IL 60187 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6206660 | TELEPHONE NUMBER (630) 407-8200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |