IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN PERRON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. **08 CV 2757** |
| v. | ) | |
| | ) | Judge Robert M. Dow, Jr. |
| COUNTY of DUPAGE (Personal Cap.), | ) | |
| SHERIFF ZARUBA (Personal Cap.), | ) | Magistrate Judge Keys |
| CHIEF LAVERY (Personal Cap.) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF MOTION

**TO:** Brian Perron, 200 E. Irving Park Road, #5, Wood Dale, IL 60191

**YOU ARE HEREBY** notified that on the 6th day of August, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert M. Dow, Jr., in Courtroom No. 1919, or any other judge as may be holding court in his absence, in the courtroom usually occupied by him in the U.S. District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE, at which time and place you may appear as you see fit to do.

JOSEPH E. BIRKETT
DuPage County State's Attorney            By: s/ PAUL F. BRUCKNER
By: Paul F. Bruckner                           PAUL F. BRUCKNER
Attorney No. 6206660                           Assistant State's Attorney
503 N. County Farm Road
Wheaton, Illinois 60187
(630)407-8200

## PROOF OF SERVICE

I served this notice on the 28th day of July, 2008, by mailing a copy to each person to whom it is directed and depositing the same in the U.S. Mail at Wheaton, Illinois, with the proper postage prepaid.

s/ PAUL F. BRUCKNER
PAUL F. BRUCKNER
Assistant State's Attorney

W:\pfb\Perron (08 CV 2757) 7-28-08.nom