UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Brian Perron
                Plaintiff,

v.                                 Case No.: 1:08−cv−02757
                                          Honorable Robert M. Dow Jr.

Co. of Dupage, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held. Motion of defendants County of Dupage and Zaruba to dismiss [21] and Motion of defendant Lavery to dismiss [23] are taken under advisement; Plaintiff's response due by 10/10/08; defendants replies due by 10/24/08; ruling on motions to dismiss [21] [23] will be by mail.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.